FILED

03/13/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 18-0664

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 18-0664

CLARENCE EDWARD CHAMPAGNE,

     Petitioner and Appellant,

v.

STATE OF MONTANA,

     Respondent and Appellee.

## ORDER

Upon consideration of Appellee's motion to transfer the trial transcript that was filed with this Court in Appellant's 2013 direct appeal to Appellant's present case on appeal, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Clerk of the Montana Supreme Court shall transfer the trial transcript that was filed with this Court in *State v. Champagne*, Mont. Sup. Ct. No. DA 12-0159, to the above-entitled case.

**MPD**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 13 2020